UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES FIELDS/C.C.H.I. INSURANCE SERVICES,<br><br>             Plaintiff,<br><br>   v.<br><br>STUART M HINES, et al.,<br><br>             Defendants. | Case No.  15-cv-03728-MEJ<br><br>**ORDER RE: DISCOVERY DISPUTES; ORDER SETTING CMC** |

On May 18, 2016, the parties filed a joint discovery letter regarding several disputes that have arisen. Dkt. No. 42. Procedurally, there are two issues with the letter: (1) the discovery cut-off in this case was April 26, 2016 (*see* Dkt. No. 26); and (2) it does not comply with the requirements for submitting a discovery dispute pursuant to the undersigned's Discovery Standing Order. For these reasons, the requests are **DENIED WITHOUT PREJUDICE**.

At the same time, although dispositive motions are due in one week, it does not appear the procedural posture of the case is fully developed such that the parties will be prepared to move forward with any anticipated summary judgment motions. Accordingly, the Court **VACATES** the dispositive motion deadline and **ORDERS** the parties to appear for a Case Management Conference on June 9, 2016 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. This conference shall be attended by <u>lead</u> trial counsel for parties who are represented. Parties who are proceeding without counsel must appear personally.

**IT IS FURTHER ORDERED** that no later than seven calendar days before the Case Management Conference, the parties shall e-file a Joint Case Management Statement containing the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/mejorders. The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms. No chambers copy is required.

**IT IS SO ORDERED.**

Dated: May 19, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge