UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES FIELDS/C.C.H.I. INSURANCE SERVICES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STUART M HINES, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-03728-MEJ<br><br>**ORDER SETTING DISPOSITIVE MOTION DEADLINE AND REFERRING PARTIES FOR FURTHER SETTLEMENT CONFERENCE** |

On June 9, 2016, the Court held a Case Management Conference in this case. Based on discussions at the conference, the Court **ORDERS** as follows:

1) Dispositive motions shall be filed by August 8, 2016, in compliance with section G of the November 6, 2015 Case Management Order (Dkt. No. 26).

2) The parties are referred to Magistrate Judge Laurel Beeler for a further settlement conference. Judge Beeler has indicated she is available for a scheduling conference on June 17 at 2:00 p.m., so the parties shall contact her courtroom deputy, Lashanda Scott, and provide a call-in number for the conference. The parties may file a stipulation to extend the dispositive motion deadline to facilitate settlement negotiations.

**IT IS SO ORDERED.**

Dated: June 9, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge