UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES FIELDS/C.C.H.I. INSURANCE SERVICES,<br><br>       Plaintiff,<br><br>   v.<br><br>STUART M HINES, et al.,<br><br>       Defendants. | Case No.  15-cv-03728-MEJ<br><br>**ORDER TO SHOW CAUSE** |

On August 25, 2016, Defendant Stuart M. Hines filed a Motion for Summary Judgment (Dkt. No. 57) and Defendants Deborah Canadas, Interremedy Insurance Services, LLC, Joyce McGuire, and Kim Willoughby filed their Motion for Summary Judgment (Dkt. No. 59); both Motions had a noticed hearing date of September 29, 2016.  Plaintiff Les Fields/C.C.H.I. Insurance Services requested a two-week extension of time to respond to the motions.  Dkt. No. 65.  The Court overruled Defendants' objections to the requested extension, vacated the September 29, 2016 hearing, and ordered Plaintiff to file oppositions by September 22, 2016.  Order, Dkt. No. 69.  Plaintiff failed to file oppositions by this deadline.

In light of the foregoing, the Court **ORDERS** Plaintiff Les Fields/C.C.H.I. Insurance Services to show cause why this case should not be dismissed for failure to prosecute and failure to comply with Court deadlines.  Plaintiff shall file a declaration **by October 3, 2016**.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or schedule hearing.  Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case will be dismissed without prejudice.  Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: September 26, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge