Bernard P. Kenneally, Esq. (SBN 113160)
3186 Old Tunnel Road
Lafayette, California 94549
Telephone: (925) 947-2525
Facsimile: (925) 947-2522
Email: bpkesq@yahoo.com

Attorney for Plaintiff Les Fields/C.C.H.I. Insurance Services

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LES FIELDS/C.C.H.I. INSURANCE SERVICES, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STUART M. HINES, an individual, DEBORAH CANADAS, an individual, RISK MANAGEMENT AND REINSURANCE SERVICES, INC., a California Corporation, INTERREMEDY INSURANCE SERVICES, LLC, a California Limited Liability Company, and DOES 1 through 99, inclusive,<br><br>Defendants. | Case No.: 15-cv-03728 MEJ<br><br>*"REVISED"* **NOTICE OF JOINT STIPULATION RE: MOTIONS IN LIMINE**<br><br>Due Date: June 5, 2017<br>Courtroom: C, 15th Floor<br>Magistrate Judge: Hon. Maria-Elena James<br><br>Trial Date: October 16, 2017 |

**TO THE HONORABLE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that under the Court's Orders dated May 8, 2017 (Dkt. No. 124)

1

*"REVISED"* **NOTICE OF JOINT STIPULATION RE: MOTIONS IN LIMINE**
**CIVIL CASE NO.: 15-cv-03728 MEJ**

and May 31, 2017 (Dkt. No. 132), Plaintiff Les Fields/C.C.H.I. Insurance Services, a California corporation ("CCHI"), by its counsel files the following "*Revised*" Joint Stipulation:

## MOTIONS IN LIMINE ("MILs") FILED BY EACH PARTY

**CCHI's MILs** –

**MIL #1:** EXCLUDE TAX MATTERS (Dkt. No. 117)

**MIL #2:** EXCLUDE LES' ESTATE PLANNING & STOCKHOLDER INFO (Dkt. No. 118)

**MIL #3:** EXCLUDE EMPLOYEE THEFT INSURANCE & RECOVERY (Dkt. No. 119)

**MIL #4:** STRIKE DEFENDANTS' BOILERPLATE AFFIRMATIVE DEFENSES (Dkt. No. 121)

**MIL #5:** JURY QUESTIONNAIRE (Dkt. No. 122)

**Defendant Hines' MILs** –

**MIL #1:** EXCLUDE OPINION TESTIMONY OF LAY WITNESS MICHAEL NEALY REGARDING LIABILITY AND DAMAGES (Dkt. No. 106)

**MIL #2:** EXCLUDE EVIDENCE OF THE CLAIMS AND CAUSES OF ACTION THAT ARE BARRED BY THE COURT ORDER RE: DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (Dkt. No. 108)

**MIL #3:** EXCLUDE EVIDENCE OF PREJUDICIAL VOICE MAIL RECORDING (Dkt. No. 110)

**MIL #4:** EXCLUDE EVIDENCE OF CCHl'S RECEIPT OF PAYMENTS FROM EMPLOYEE THEFT INSURERS (Dkt. No. 111)

**MIL #5:** EXCLUDE MICHAEL A. NEALY'S ACCOUNTING REPORTS AS INADMISSIBLE HEARSAY EVIDENCE (Dkt. No. 113)

**MIL #6:** EXCLUDE EVIDENCE OF ALLEGED UNFAVORABLE FACTS REGARDING STUART HINES (Dkt. No. 115)

**MIL #7:** EXCLUDE EVIDENCE THAT PLAINTIFF FAILED TO DISCLOSE PURSUANT TO RULE 26 (Dkt. No. 116)

**InterRemedy Defendants'MIL** -

**MIL #1:** EXCLUDE EVIDENCE BEYOND THE SCOPE OF THE COURT'S MSJ ORDER (Dkt. No. 120)

## JOINT STIPULATION REGARDING ALL "FILED" MILs

1. Counsel for all parties have conferred regarding all the above-listed MILs filed in this action;

2. Counsel for all parties have Stipulated that the following MILs should be *__Granted__* by the Court:

### Exclusion of Insurance Evidence

CCHI's MIL #3 (Dkt. No. 119) and Hines' MIL #4 (Dkt. No. 111) seek the exclusion of any evidence of the presence or absence of insurance and/or any insurance proceeds recovered by CCHI on its Employee Theft insurance claim.

### Strike Affirmative Defenses Without Prejudice

CCHI's MIL #4 (Dkt. No. 121) seeks to strike certain Affirmative Defenses raised in the Defendants' Answers that do not appear viable to this action.

*Regarding Defendant Hines*, it is Stipulated his Fourth Affirmative Defense (Statute of Limitations) and Tenth Affirmative Defense (Laches) be stricken from this action without prejudice. CCHI P&A MIL #4, pg. 2, lns.9, 16.

*Regarding the InterRemedy Defendants*, it is Stipulated their Eighth Affirmative Defense (Statute of Limitations) be stricken from this action without prejudice. CCHI P&A MIL #4, pg. 3, ln. 20; and

3. Opposition to the remaining MILs is due by June 16, 2017.

Respectfully submitted,

Dated: June 5, 2017                    */s/ Bernard P. Kenneally*

By: _____
Bernard P. Kenneally, Attorney for Plaintiff
Les Fields/C.C.H.I. Insurance Services

Dated: June 5, 2017        */s/ James G. Lucier*

By: _____
    James G. Lucier, Attorney for Defendant
    Stuart M. Hines

Dated: June 5, 2017        */s/ Christopher L. Aguilar*

By: _____
    Christopher L. Aguilar, Attorney for Defendants
    Interremedy Insurance Services, LLC, Deborah
    Canadas, Joyce Sykes McGuire, and Kim Willoughby

**SO ORDERED** this  6th  day of   June    2017.

_____
Maria-Elena James, Magistrate Judge

# CERTIFICATE OF SERVICE BY NOTICE OF ELECTRONIC FILING

I, the undersigned declare:

I work in Lafayette, California, County of Contra Costa, and State of California. I am over the age of 18 and not a party to the within action. My business address is located at 3186 Old Tunnel Road, Lafayette, California 94549.

The following document(s) are to be served by the Court *via* Notice of Electronic Filing ("NEF"):

***"REVISED"* NOTICE OF JOINT STIPULATION RE: MOTIONS IN LIMINE**

pursuant to Civil Local Rule 5.1(h)(1), and hyperlink to the document. On ***June 5, 2017***, I checked the CM/ECF docket for this case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) below:

**Christopher Luis Aguilar**
Aguilar Legal and Business Consulting Corp.
21 Columbus Avenue, Suite 225
San Francisco, California 94111

**Paul Shryung Sheng**
Clapp, Moroney, Bellagamba, Vucinich, et. al.
A Professional Corporation
1111 Bayhill Drive, Suite 300
San Bruno, California 94066

**James G. Lucier**
Clapp, Moroney, Bellagamba, Vucinich, Beeman & Scheley
A Professional Corporation
1111 Bayhill Drive, Suite 300
San Bruno, California 94066

*ATTORNEY TO BE NOTICED* representing **Stuart M Hines**
*(Defendant)* **Risk Management and Reinsurance Services, Inc.**
*(Defendant)*
PRO SE **James Grosvenor Lucier**
Clapp Moroney Bellagamba Vucinich Beeman & Scheley
1111 Bayhill Drive, Suite 300
San Francisco, California 94134

I declare under penalty of perjury under the laws of the United States that the preceding is true and correct and that this Proof of Service is executed within the United States on June 5, 2017.

                                                      **/S/**
                                          Bernard P. Kenneally